# United States District Court FILED

**EASTERN DISTRICT OF MISSOURI**

SEP 2 4 2009

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA

V.

MELVIN MOORE, and
HANNAH SUMMERS, defendants.

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:09MJ6242 TCM

I, FBI Special Agent Cynthia Dockery the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about September 1, 2009, the exact date being unknown and on or September 24, 2009, in the Eastern District of Missouri and elsewhere, defendants did knowingly in or affecting interstate commerce, recruit, entice, transport, provide, obtain and maintain a person who had not obtained the age of 18 years, and knew that the person would be caused to engage in a commercial sex act, and conspire to do the same,

in violation of Title 18, United States Code, Sections 1591 and 1594(a), and 371. I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**   __X__ Yes   No__ No

_____
Signature of Complainant
Cynthia D. Dockery
Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at   St. Louis, Missouri
    City and State

September 24, 2009
   Date

_____
Signature of Judicial Officer

THOMAS C. MUMMERT, III
United States Magistrate Judge
Name and Title of Judicial Officer